BAR ASSOCIATION OF GREATER CLEVELAND *v.* SCHNITTGER.

[Cite as Bar Assn. of Greater Cleveland *v.* Schnittger (1983), 3 Ohio St. 3d 26.]

(D.D. No. 82-28—Decided March 2, 1983.)

*Mr. Lewis Einbund, Mr. Alec Berezin* and *Mr. Sheldon L. Braverman,* for relator.

*Mr. Henry D. Rand,* for respondent.

*Per Curiam.* "One of the fundamental tenets of the professional responsibility of a lawyer is that he should maintain a degree of personal and professional integrity that meets the highest standard. The integrity of the profession can be maintained only if the conduct of the individual attorney is above

reproach. \* \* \*'' *Cleveland Bar Assn.* v. *Stein* (1972), 29 Ohio St. 2d 77, 81 [58 O.O.2d 151].

Having reviewed the record and the recommendation of the board, we conclude that there are ample facts to justify the board's finding that respondent violated DR 1-102(A)(4) and DR 9-102(A) and (B) of the Code of Professional Responsibility.

Accordingly, respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.